UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | 3:09-md-02100-DRH-PMF<br><br>MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Linda Alexander v. Bayer Corporation, et al.* | No. 3:12-cv-10369-DRH-PMF |
| *Gurpreet Chadha v. Bayer Corporation, et al.* | No. 3:11-cv-11063-DRH-PMF |
| *Alberta Herrick, et al. v. Bayer HealthCare LLC, et al.* | No. 3:11-cv-13148-DRH-PMF |
| *Teresa Lamaye v. Bayer Corporation, et al.* | No. 3:12-cv-11579-DRH-PMF |
| *Mary Lichty, et al. v. Bayer Corporation, et al.* | No. 3:11-cv-12873-DRH-PMF |
| *Kelly Gretschmann v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:11-cv-10363-DRH-PMF |
| *Karen Howe v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:10-cv-13563-DRH-PMF |
| *Darrya Lipscomb v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:12-cv-10107-DRH-PMF |
| *Angela Schilling v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:12-cv-10770-DRH-PMF |
| *Laura Jaworski v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:11-cv-10791-DRH-PMF |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**    These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed to date in the above captioned cases, the above captioned cases are **DISMISSED** with prejudice. Each party shall bear their own costs.

                                          JUSTINE FLANAGAN,
                                          ACTING CLERK OF COURT

                                          BY: /s/*Caitlin Fischer*
                                                     **Deputy Clerk**

Digitally signed by Judge David R. Herndon
Date: 2016.03.16 13:46:59 -05'00'

APPROVED:
        DISTRICT JUDGE
        U. S. DISTRICT COURT

2